FORM 8

## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| WIND TOWER TRADE COALITION,<br><br>                    Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>                    Defendant,<br><br>      and<br><br>DONGKUK S&C CO., LTD.<br><br>                    Defendant-Intervenor. | Before: Hon. Leo M. Gordon,<br>           Senior Judge<br><br>Court No. 20-3691 |

### STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: March 25, 2021

                                                */s/ Daniel B. Pickard*
                                                Daniel B. Pickard, Esq.
                                                **WILEY REIN, LLP**
                                                1776 K Street, NW
                                                Washington, DC 20006
                                                (202) 719-7285

                                                *Counsel to the Wind Tower Trade Coalition*

FORM 8

|  |  |
|---|---|
| | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>JEANNE E. DAVIDSON<br>Director<br><br>*/s/ Reginald T. Blades, Jr.*<br>REGINALD T. BLADES, JR.<br>Assistant Director<br><br>*/s/ Joshua E. Kurland* |
| OF COUNSEL:<br>JESUS N. SAENZ<br>Attorney<br>Office of the Chief Counsel<br>for Trade Enforcement and Compliance<br>U.S. Department of Commerce<br>Washington, DC | Joshua E. Kurland<br>Trial Attorney<br>**U.S. Department of Justice**<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>(202) 307-0972<br><br>*Counsel for the United States*<br><br>*/s/ Jarrod M. Goldfeder*<br>Jarrod M. Goldfeder, Esq.<br>**TRADE PACIFIC PLLC**<br>700 Pennsylvania Ave., SE<br>Suite 500<br>Washington, DC 20003<br>(202) 223-3760<br><br>*Counsel to Dongkuk S&C Co., Ltd.* |

FORM 8

## Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: March 25, 2021

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)